JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Roberta Rogers**, | **Case No.** 8:13-cv-00473-JVS-RNB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Orange Coast Memorial Medical Center,** a California Corporation; and Does 1-10, | |
| Defendants | |

Pursuant to the terms of the Rule 68 Offer, **Judgment** is entered against Orange Coast Memorial Medical Center and in favor of Roberta Rogers in the amount of $4,000 plus reasonable attorney's fees and costs as may be determined by the Court.

Dated: August 02, 2013

By: _____
United States District Judge