**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Roberta Rogers**, <br><br> Plaintiff, <br><br> v. <br><br> **Orange Coast Memorial Medical Center,** a California Corporation; and Does 1-10, <br><br> Defendants | **Case No.** 8:13-cv-00473-JVS-RNB <br><br> **JUDGMENT** |

Pursuant to the terms of the Rule 68 Offer, **Judgment** is entered against Orange Coast Memorial Medical Center and in favor of Roberta Rogers in the amount of $4,000 plus reasonable attorney's fees and costs as may be determined by the Court.

Dated: August 02, 2013          By: _____
                                United States District Judge

1

JUDGMENT                                                    8:13-cv-00473-JVS-RNB